UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PHILLIP-JAXSON S. RICHARDS,**

    **Plaintiff,**

v.                                             Case No. 6:21-cv-1236-CEM-GJK

**AFFILIATE ASSET SOLUTIONS, LLC,**

    **Defendant.**

                                                  /

## ORDER

THIS CAUSE is before the Court on *sua sponte* review. To facilitate compliance with the Local Rules, it is **ORDERED** as follows:

1. Within **fourteen days** from the date of this Order, or if a party joins this action subsequent to the entry of this Order, from the date of a party's first appearance, each party shall:

    a. Comply with Local Rule 3.03 and file a Disclosure Statement in the form provided on Judge Mendoza's page on the Middle District of Florida website. Each party has a continuing obligation to file and serve an amended Disclosure Statement within **fourteen days** of discovering any ground for amendment, conflict of interest, recusal, or disqualification of the judicial officer.

  b. Comply with Local Rule 1.07(c) and file a Notice of Pendency of Other Actions in the form on Judge Mendoza's page on the Middle District of Florida website.

2. The parties are directed to comply with Local Rule 3.02 by utilizing the Uniform Case Management Report form, which is available on Judge Mendoza's page on the Middle District of Florida website.

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties